ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1959 MJD/JGL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH W. CICCARELLI,<br><br>Defendant,<br><br>UNITED PARCEL SERVICE,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about December 19, 2001.

At the time of service garnishee informed the United States Marshal that defendant no longer is employed with United Parcel Service. Defendant's last day worked was November 22, 2000.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on December 19, 2001 is hereby released.

Dated: 12/18/2001

JONATHAN LEBEDOFF
United States District Court

DEC 28 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK